# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER J. ADERHOLT,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA BOARD OF<br>PARDONS, et al.,<br><br>    Defendants. | Case No. ED CV 10-1287 AG (JCG)<br><br>**MEMORANDUM AND ORDER TRANSFERRING ACTION TO THE EASTERN DISTRICT OF CALIFORNIA** |

In this federal petition for writ of habeas corpus, petitioner Peter J. Aderholt ("Petitioner"), in state custody and proceeding *pro se*, challenges the denial of parole. (Pet. at 2, 5.)  Petitioner is incarcerated at the High Desert State Prison in Susanville, California. (Pet. at 1-2.)  Susanville is located in Lassen County, which lies within the venue of the Eastern District of California. 28 U.S.C. § 84(b).

Venue is proper in a habeas action in either the district of confinement or the district of conviction. 28 U.S.C. § 2241(d). Where, however, a petitioner challenges the manner in which his sentence is being executed, for example, a challenge to the denial of parole, the district of confinement is the preferable forum. *See Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989) (explaining, in a § 2241 action, that "[t]he proper forum to challenge the execution of a sentence is the district where the prisoner

1  is confined"); *see also Hill v. Almager*, 2008 WL 1944552, at *1 (C.D. Cal. May 1,
2  2008) (ordering transfer of habeas action challenging parole decision to district of
3  confinement)*; Bennett v. Cal. Bd. of Prison Terms*, 2008 WL 863986, at *1 (E.D. Cal.
4  Mar. 28, 2008) (same); *Williams v. Sisto*, 2007 WL 4357626, at *1 (N.D. Cal. Dec. 11,
5  2007) (same).  As Lassen County lies within the Eastern District, the Court hereby
6  ORDERS that, pursuant to 28 U.S.C. § 1404(a), and in the interest of justice, this
7  action be TRANSFERRED to the United States District Court for the Eastern District
8  of California, and that the Clerk of this Court shall effect such transfer.
9       IT IS FURTHER ORDERED that the Clerk shall serve a copy of this order on
10 Petitioner.

12 DATED: September 30, 2010

_____
HON. ANDREW GUILFORD
UNITED STATES DISTRICT JUDGE